UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MICHELLE JOHNSON** and
**SALLIE WILLIAMSON**,

    Plaintiffs,

v.                        CASE NO.  3:22-cv-1375-HLA-MCR

**WESTSIDE CREEKWOOD OWNER,
LLC,** d/b/a **CREEKWOOD CLUB
APARTMENTS**, and **FRANKLIN
STREET MANAGEMENT SERVICES, LLC**,

    Defendants.
_____/

## O R D E R

Pursuant to Plaintiffs' Notice of Voluntary Dismissal with Prejudice (Dkt. 11), it is

**ORDERED** that this action is **DISMISSED with prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of April 2023.

                              HENRY LEE ADAMS, JR.
                              United States District Judge

Copies to: Counsel of Record